1

2

```
_____ FILED _____ LODGED
_____ RECEIVED
MAR 1 4 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                  DEPUTY
BY
```

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10

11

12

ALTON MCDONALD

NO.   C 67-0396 RSL

13

Plaintiff,

**COMPLAINT FOR DAMAGES**

14

15

vs.

16

CITY OF FEDERAL WAY, a Municipal
Corporation; Individual FEDERAL WAY
POLICE DEPARTMENT, FORMER CHIEF
OF POLICE ANNE E. KIRKPATRICK (in her
individual capacity) and JOHN DOE
KIRKPATRICK; LIEUTENANT EDWARD O.
FADLER, #23, (in his Individual Capacity)
JANE DOE FELDER; BRIGIT L. CLARY,
#0105, PATROL OFFICER (in her individual
capacity) and JOHN DOE CLARY; MANUELL
C. MAIRS, #66, PATROL OFFICER (in his
Individual capacity) and JANE DOE MAIRS,
husband and wife and the marital
communities comprised thereof.

17

18

19

20

21

22

23

24

Defendants.

1. UNREASONABALE SEIZURE BY
USE OF EXCESSIVE FORCE IN
VIOLATION OF 42 U.S.C. §. 1983
AND ART. 1, §§ 3, 7 OF WASHINGTON
STATE CONSTITUTION
2. VIOLATION OF CIVIL RIGHTS BASED
0N RACE IN VIOLATION OF 42 U.S.C.
§. 1981
3. VIOLATION OF IV AMMENDMENT RIGHTS
4. CONSPIRARCY TO VIOLATE CIVIL
RIGHTS IN VIOLATION OF 42 U.S.C. §.1985
5. NEGLIGENT SUPERVISION
6. ASSAULT AND BATTERY
7. FALSE ARREST AND IMPRISONMENT
8. NEGLIGENT INFLICTION OF EMOTIONAL
DISTRESS
9. INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS

25

26

27

**DEMAND FOR JURY TRIAL**

28

29

30

**COMPLAINT FOR DAMAGE**

Alton McDonald
P.O. Box 9005
Tacoma, WA 98409

31

07-CV-00396-CMP

1

2

3

## I. ORIGINAL COMPLAINT

4 **TO THE HONORABLE COURT:**

5     COMES NOW Plaintiff ALTON MCDONALD, Pro Se/Citizen and Party to this action, an

6 innocent African American, citizen of Pierce of County hereby complains against defendants, CITY OF

7 FEDERAL WAY, a Municipal Corporation; FEDERAL WAY POLICE DEPARTMENT, Anne E.

8 KIRKPATRICK, former Chief of Police, Edward O. FADLER, #23, Lieutenant (Supervisor), Brigit L.

9 CLARY, #0105, Patrol Officer and Manuell C. MAIRS, #66, Patrol Officer as follows:

10

## II. STATEMENT OF CLAIMS

11

12    1. This is an action to vindicate the violations of Plaintiff's civil rights and to redress the unlawful

13      and discriminatory conduct of unlawful law enforcement practices of the defendants. This action

14      arise out of the illegal, intolerably and humiliating actions and racially harrassive conditions

15      imposed upon the Plaintiff Alton McDonald by the Defendants CITY OF FEDERAL WAY, a

16      Municipal Corporation; Anne E. KIRKPATRICK, former Chief of Police, Edward O. FADLER,

17      #23 Lieutenant, (Supervisor) Brigit L. CLARY, #105, Patrol Officer, and Manuell C. MAIRS, #66,

18      Patrol Officer, compelling the Plaintiff to succumb to false arrest without legal cause, arrested

19      for reckless driving and refusal to provide information, used excessive force, racial profiling,

20

21      treated me like an animal, cruel and usual treatment because of his race, African American, in

22      violation his rights under the IV and XIV Amendment of the United States Constitution, Civil

23      Rights act of 1866, as amended by the Civil Rights Restoration Act of 1991, 42 U.S.C. §§ 1983

24      and 1985(3).

25    2. As a result of the discriminatory and harrassive actions of the defendants their agents and

26      assigns, the situation was humiliating to Plaintiff causing me extreme emotional distress, and

27      humiliation, Plaintiff now seeks injunctive relief, monetary damages, compensatory damages

28      and punitive damages pursuant to 42 U.S.C. § 1988.

29

**COMPLAINT FOR DAMAGES**           - 2 -                         **Alton McDonald**

30                                                                  **P.O. Box 9005**

31                                                               **Tacoma, WA  98409**

## III. JURISDICTION and VENUE

3. Pursuant to 28 U.S.C. §§ 1331 and 1334, This court has jurisdiction over Plaintiff's claims in that they involve a federal questions under the laws and Constitution of the United States to redress the unlawful deprivation of Plaintiff's rights secured, guaranteed, and protected by federal law. Specially 42 U.S.C. §§ 1981, 1983 and 1985(3). Also, this Court has jurisdiction pursuant to 28 U.S.C. §§ 2201 and 2202 relating to declaratory judgments.

4. This Court maintains supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over Plaintiff' claims under Washington State Constitution and Common Law.

5. Venue is proper under 28 U.S.C. § 1391(b)(1) and (2) because Defendant City of Federal Way is located in this judicial district; the individuals Defendants on information and belief, reside in this judicial district and all events or omissions giving rise to the claims alleged herein occurred in King County and in this judicial district

## IV. PREREQUISITES TO SUIT

6. An administrative Claim for damages was filed with the City of Federal Way on December 11, 2006. More than 60 have expired since the administrative claim was filed. There are no unfulfilled prerequisites to suit.

## V. PARTIES

7. At all times material herein, Plaintiff has been a citizen of the United States of America and resident of Tacoma in Pierce County, Washington.

8. Defendant City of Federal Way is a Municipal Corporation organized under the laws of the State of Washington.

9. Defendant Anne E. KIRKPATRICK, former Chief of Police and was employed by City of Federal Way, Federal Way Police Department. At all times relevant hereto Former CHIEF KIRKPATRICK was acting within the scope of her employment and under the color of law. She and Defendant John Doe KIRKPATRICK at relevant times formed a martial community under the

COMPLAINT FOR DAMAGES     - 3 -     Alton McDonald
P.O. Box 9005
Tacoma, WA 98409

laws of the State of Washington. All actions taken by Defendant Anne E. KIRKPATRICK were taken in furtherance of the interests of said marital community.

10. Defendant Edward O. FADLER, #23, Lieutenant, (Supervisor) is employed by City of Federal Way, Federal Way Police Department. At all times relevant hereto LIEUTENANT FADLER was acting within the scope of his employment and under the color of law. He and Defendant Jane Doe FADLER at relevant times formed a martial community under the laws of the State of Washington. All actions taken by Defendant Edward O. FADLER were taken in furtherance of the interests of said marital community.

11. Defendant Brigit L. CLARY, #0105, Patrol Officer is employed by City of Federal Way, Federal Way Police Department. At all times relevant hereto Officer CLARY was acting within the scope of her employment and under the color of law. She and Defendant John Doe CLARY at relevant times formed a martial community under the laws of the State of Washington. All actions taken by Defendant Brigit L. CLARY were taken in furtherance of the interests of said marital community.

12. Defendant Manuell C. MAIRS, #66, Patrol Officer is employed by City of Federal Way, Federal Way Police Department. At all times relevant hereto Officer MAIRS was acting within the scope of his employment and under the color of law. He and Defendant Jane Doe MAIRS at relevant times formed a martial community under the laws of the State of Washington. All actions taken by Defendant Manuell C. MAIRS were taken in furtherance of the interests of said marital community.

13. The true names and capacities, whether corporate, associate, governmental or individuals, of Defendants sued herein.

14. At all times material to this complaint, some of the individual Defendants had executive and/ or supervisory responsibility for the acts of named individual Defendants. Said executive and/ or supervisory Defendants possessed final policy-making decisional authority regarding issues including law enforcement, discipline and/ or training within the Federal Way Police Department.

COMPLAINT FOR DAMAGES                    - 4 -                         Alton McDonald
                                                                      P.O. Box 9005
                                                                      Tacoma, WA 98409

1    They were responsible for the policies, practices and customs of said municipal Defendants,

2    and/ or the hiring, screening, training, supervising, disciplining, counseling and control of the

3    police officers or law enforcement dogs under their command, including some of the individual

4    Defendants named therein.

5

## VI. FACTS

6

7    15. On January 29, 2005, approximately 05:25 A.M. Plaintiff was traveling North Interstate 5, exited

8    on Exit 142A North Bend, Auburn towards Auburn, on Highway18 East, with my left signal

9    flashing, plaintiff safely merged into the right lane onto Highway 18. Thereafter, Plaintiff observed

10   a patrol car in his outer left lane approaching his vehicle; the patrol car passed my vehicle.

11   Plaintiff observed a Female officer on her cellular phone and to my surprised, the patrol vehicle

12   cut me off (merged directly in front of my vehicle) without using a turn signal. I immediately apply

13   my brakes to prevent rearing ending the Officer's vehicle. I flashed my lights once at the driver to

14   get her attention or to see if the Officer was okay. The Officer accelerated her patrol car and then

15   applied her brakes. I immediately signaled, observed my left lane and safely change into the left

16   lane.

17

18   16. The Officer now known to me as Brigit L. CLARY # 0105. Officer CLARY applied her brakes and

19   I eventually passed her patrol car and seconds thereafter, she turned on her overhead lights and

20   pulled me over. I immediately pulled my vehicle over to the right and stopped. While waiting for

21   the Officer CLARY, I secured my driver's license in my left hand. I called 911 because my

22   intuition told me that this was going to be a hostile contact. I requested a Sergeant through the

23   911 Operator to assist in the traffic stop. The 911 operator ask me where I was located, I told her

24   I was just off Interstate 5 on Highway 18 East going towards Auburn.

25   17. The Operator asked me for markers, I told her that there were just construction cones. The 911

26   operator stated that she would take my complaint and transfer my call to the Federal Way 911

27   Operator # 54. My call was transferred to the Federal Way 911 Operator #54 who informed me

28   that a Lieutenant was on his way to assist.

29

30   COMPLAINT FOR DAMAGES                    - 5 -                    Alton McDonald
                                                                      P.O. Box 9005
                                                                      Tacoma, WA 98409
31

18. During my conversation with the operator, I saw Officer CLARY approaching my vehicle; my driver's window which was partially down where the officer could have made contact with me. During contact and to my surprise, Officer CLARY started banging on my driver's window, yelling at me to get of the phone. I told the Officer CLARY that I was talking with the 911 operator and requesting for a Sergeant because I was fear for my life. She was very hostile, threatening, and aggressive towards me for no apparent reasons.

19. At no time, did she requested to see my driver's license, car insurance or registration, even though I had my driver's license in my left hand. Officer CLARY walked back to the rear of my vehicle (standing and facing Highway 18 East) and had no further contact with me. Officer CLARY"S action's made me in fear for my life.

20. Shortly, I observed another patrol vehicle arrived on the scene, now known to me as Officer Steve OLSON # 0101(second Officer on the scene) who was standing on the right passenger side to the front of my vehicle looking at us as I was walking to the rear of my vehicle,

21. Thereafter, an unmarked patrol vehicle with flashing lights drove up and stopped in front of my vehicle. The Officer got out of his vehicle and as he approaches my vehicle, he started yelling at me in a hostile, threatening and aggressive manner to get out of my vehicle. Again, I was in fear for my life. I, immediately, opened my vehicle door and got out. The Officer now known to me as Lieutenant Edward O. FADLER #23, Supervisor (third Officer on the scene).

22. Lieutenant FADLER pointed and told me to walk back to the rear of my vehicle where Officer CLARY was standing. Lieutenant FADLER slammed my car door so hard, it shook my vehicle and left a ringing sound in my ears for seconds.

23. Officer Clary Stated to (Lieutenant FADLER) I that "I wanted to fight her." I told Officer CLARY that "was impossible, because I was sitting in my vehicle talking with the 911 Operator and holding my driver's license in my left hand and was waiting for the Officer to ask me for my driver's license, car registration, and insurance, of which she did not."

COMPLAINT FOR DAMAGES                - 6 -                        Alton McDonald
                                                                 P.O. Box 9005
                                                                 Tacoma, WA  98409

24. Officer CLARY told me to turn around, handcuffed me and placed me in the back of her patrol vehicle and slammed the door. She did not read me my Miranda warning when she placed me under arrest.

25. Later, Lieutenant FADLER came over and opened the patrol vehicle door and asked me, "If I was talking to the 911 operator?" I told him "yes".

26. Lieutenant FADLER asked me, "Why did I make a missing person report." I told him, "I did not." He slammed the door and walked away.

27. Officer CLARY transported me to the Federal Way Police Station. During transport, she did not seat belt me in vehicle and was driving very aggressively which made me move from side to side in the vehicle which put my life in further danger. Officer CLARY did not wear her seat during the transport.

28. Upon arrival at the station, she opened the patrol car door and I got out. She grabbed and pulled my right arm. I told Officer CLARY that she was hurting me, but she ignored me. Inside the building, in the FIRST hallway, I told Officer CLARY that "I am a Human Being and she should not treat me in such a disrespectful manner." Officer CLARY said to me, "No, you are property and Chattel" (meaning slave).

29. Officer Clary asked me, "If I wanted to fight her, because I am so buffed, and I think I am bad? I said to Officer CLARY, "why would I want to fight you." Officer CLARY stated to me that, "I threatened to kill a State Patrol Officer." Officer Clary directed me into the cell room.

30.  A few minutes later, a Caucasian male Officer came from around the counter where several other Officers were congregating and handcuffed my left ankle to the steel bench bar and then he removed the handcuffs from my hands.

31. Officer Clary came back to the cell room, removed my hat from my head and threw it on the floor outside the cell room and slammed the door in my face.

32. Officer CLARY gave me a *Criminal Citation* for *"Reckless Driving,"* Ticket #34818FW; under Federal Way Traffic Code 15-1 and RCW 46.61.500.

**COMPLAINT FOR DAMAGES**                     - 7 -                     Alton McDonald
                                                                        P.O. Box 9005
                                                                        Tacoma, WA 98409

33. Officer Manuell C. Mairs, #66 transported me to the Fife City Jail. Prior to the transport, Officer MAIRS handcuffed me and tightened the handcuffs around my wrist which was very painful. I asked Officer MAIRS if he would loosen the handcuffs and he refused to do the same.

34. During my transport, Officer MAIRS did not seat belt me in his patrol car which once again put my life in further danger. Officer MAIRS did not wear his seat belt.

35. Upon my arrival at the Fife Jail, I asked Officer CHAMPION #265 (Fife Officer) to take a picture of my wrists that shows the imprints of the handcuffs marks.

36. Officer CHAMPION #265 took a picture of my wrists that shows the imprints of the handcuffs marks.

37. During processing at the Fife Jail, the phone rang; Officer CHAMPION answered the phone and handed it to Officer MAIRS, wherein he started talking to someone on the other end. Officer MAIRS who wrote another *Criminal Citation* on said ticket, "*Refusal to Give Information or Cooperate with Officer*" under Federal Way Traffic Code 15-1 and *RCW 46.61.020*. Officer MAIRS left my copy of the ticket with Officer CHAMPION and departed the Jail.

38. I was booked into the Fife Jail where I had to pay $100. 00 (non refundable) booking fee and a $600.00 Bond for my release.

39. Later, I paid Northwest Towing $306. 27 to get my vehicle out of impound.

40. Upon the retrieval of my vehicle, my glove compartment which was locked was unlocked, searched and left open. My personal belongings that were in my car on the back seat was ransacked and thrown on the floor of my car and my cell phone data based was searched by the Officer's to see if I had called 911.  I believed that the actions of Officer CLARY, MASIRS and Lieutenant FADLER were racially motivated and discriminatory in nature.

## VII. FIRST CAUSE OF ACTION
### UNREASONABLE SEIZURE BY USE OF EXCESASIVE FORCE
### IN VIOLATION OF 42 U.S.C. §1983 and
### ART.1, §§ 3, 7 OF WASHINGTON STATE CONSTITUTION
### (Against All Defendants)

Alton McDonald
P.O. Box 9005
Tacoma, WA 98409

1   Plaintiff realleges the above paragraphs 1 through 40 with the same force and effect and

2   incorporates the same as though fully set forth herein.

3   41. Officer CLARY and some or all, acting under the authority of the City of Federal and Federal

4   Way Police Department intentionally, negligently, and with deliberate indifference to Plaintiff's

5   rights, caused Plaintiff to de deprived of his constitutional rights and other protections of federal

6   law including the 4th Amendment to the U.S. Constitution and constitutional rights under art.1, §§

7   3, 7 of the Washington State Constitution by the following acts, among others.

8   

9   A.  Using a degree of force that was unreasonable under the circumstances and in

10      violation of Plaintiff's rights to be free from unreasonable seizure protected by

11      the 4th Amendment

12  B.  Subjecting Plaintiff McDonald to racial slurs by calling him "Property/Chattel"

13      and punishment without the benefit of a trial by jury in violation of his rights

14      under the 6th and 8th Amendments to the U.S. Constitution; and

15  C.  Depriving Plaintiff of Liberty by subjecting him to unwarranted and unreasonable

16      restraints on his person with out due process in violation of his rights under the

17      5th Amendment to the U.S. Constitution.

18  

19  42. Responsible superior officers within the Federal Way Police Department, including some

20      individual Defendants and the Department itself, failed to adequately supervise Defendant

21      CLARY.

22  43. Defendant CLARY performed her duties with reckless disregard or callous indifference to

23      Plaintiff's right to be free from unlawful seizure and injury. In the alternative, her actions were

24      negligent.

25  44. The actions referenced above also constitute a reckless disregard or callous indifference to

26      Plaintiff's Constitutional rights in violation of federal law, including but not limited to the 4th

27      Amendment to the U.S. Constitution and other federal law.

28  

29  

**COMPLAINT FOR DAMAGES**                                    - 9 -

Alton McDonald
P.O. Box 9005
Tacoma, WA 98409

30  

31

45. The actions of defendants referenced herein were taken under the color of state law, clothed with the authority of government, and purporting to act there under.

46. At all material times, the Defendants City of Federal Way and KIRKPATRICK, former Chief, FADLER, Supervisor and MAIRS (FWPD) by and through Defendant CLARY, had in effect certain explicit and de facto policies, practices and customs which were applied to the acts of their employees and agents alleged herein. These policies, practices and customs include the actions alleged herein, or in the alternative, were the cause of the actions allege herein.

47. The decisions to act, and to implement or create those policies, practices and customs alleged herein were made, approved, condoned, ratified, or acquiesced in by authorizing policymakers of Defendants City of Federal Way and Federal Way Police Department. These decisions are deliberate choices of Defendants City of Federal Way and Federal Way Police Department and are binding on said Defendants.

48. The above referenced acts caused physical and emotional, and psychological injuries to Plaintiff, including but not limited to those injuries described herein.

49. Plaintiff further alleges that the acts and omissions of the Defendants were motivated by evil motive or intent or involved reckless disregard or callous indifference to Plaintiff's protected rights under the U.S. Constitution and Washington State Constitution. As a result, the Plaintiff is entitled to punitive damages.

50. The acts of Defendants as described herein violate 42 U.S.C. §1983

**VIII. SECOND CAUSE OF ACTION**
**DENIAL OF EQUAL PROTECTION OF THE LAW BECAUSE OF RACE**
**IN VIOLATION OF 42 U.S.C. §1981**
**(Against All Defendants)**

Plaintiff realleges the above paragraphs 1 through 50 with the same force and effect and incorporates the same as though fully set forth herein

51. All Americans citizens, including all citizens of Pierce and King County; the State of Washington are entitled to freedom from excessive force and unreasonable searches.

COMPLAINT FOR DAMAGES                     - 10 -                     Alton McDonald
P.O. Box 9005
Tacoma, WA 98409

52. As alleged I the First Cause of Action, Defendants denied Plaintiff those freedoms and treated unfairly, unequally, from other persons not of the African American race and unconstitutionally by the use of excessive force during an unreasonable seizure.

53. Plaintiff alleges that he was treated unfairly, unequally and unconstitutionally by the Defendants because of his race in violation of 42 U.S.C. §1981

54. As a result of his unfair, unequal and unconstitutional treatment, he suffered severe emotional injury and damages in an amount to be determined at trial.

### IX. THIRD CAUSE OF ACTION
CONSPIRARCY TO DEPRIVE PLAINTIFF OF EQUAL
PROTECTION OF THE LAW
(Against All Defendants)

Plaintiff realleges the above paragraph 1 through 54 with the same force and effect and incorporates the same as though fully set forth herein.

55. Defendants CLARY, City of Federal Way, along with Lieutenant FADLER, Supervisor and MAIRS formed a plan and conspired to deprive Plaintiff of the protection of freedom from excessive force and unreasonable seizures secured by the Fourth Amendment of the U.S. Constitution and in violation of 42 U.S.C. §1985(3).

56. Defendants CLARY, City of Federal Way, along with Lieutenant FADLER, Supervisor and MAIRS took many steps in furtherance of this conspiracy, including but not limited to arresting Plaintiff without probable cause, using excessive force during the arrest by placing handcuff on so tight that Plaintiff was severe pain, yelling at me, slamming Plaintiff's door which lefts a ringing in his ears; for sole purpose to incite a confrontation, intimidate, harass and humiliating me.

57. Defendant CLARY City of Federal Way, along with Lieutenant FADLER, Supervisor and MAIRS took many steps in furtherance of this conspiracy, including but not limited the unsafe transportation of the plaintiff who was in their custody and while transporting of Plaintiff in their

**COMPLAINT FOR DAMAGES**      - 11 -      Alton McDonald
P.O. Box 9005
Tacoma, WA 98409

1    patrol vehicle; during transport, Plaintiff was rolling from side to side in the vehicle; they failed to

2    adequately secure me in the seat belt which further put my life at risk.

3    58. As a result of this conspiracy, Plaintiff suffered severe emotional injury and damage in an

4    amount to be proved at trial.

5

## X. FOURTH CAUSE OF ACTION
### NEGLIGENCE SUPERVISION; RETENTION; HIRING
(Against City of Federal Way)

6

7

8    Plaintiff realleges the above paragraph 1 through 58 with the same force and effect and

9    incorporates the same as though fully set forth herein.

10   59. Defendants City of Federal Way hired, retained and was obligated to supervise Defendant

11   CLARY, KIRKPATRICK, FADLER and MAIRS in carrying out their duties as employees of the

12   Federal Way Police Department.

13   60. Defendants City of Federal Way have a duty to prevent harm to citizens of Federal Way or any

14   motorist that may use the right way through that city by the actions of Defendant CLARY,

15   KIRKPATRICK, FADLER and MAIRS and all other Federal Way Police Officers.

16   61. Defendants City of Federal Way knew or reasonably should have known that Defendant CLARY,

17   KIRKPATRICK, FADLER and MAIRS exercised poor anger management skills and used poor

18   judgment in dealing with citizens and in making decision to arrest, thereby violating the civil

19

20   rights of Plaintiff.

21   62. Defendants City of Federal Way failed to use appropriate employee screening devices, training

22   procedures and supervision to address Defendant CLARY, KIRKPATRICK, FADLER and

23   MAIRS's propensity to violate Plaintiff's civil rights.

24   63. The negligent hiring, training and/ or supervision of Defendant CLARY, KIRKPATRICK, FADLER

25   and MAIRS caused injury and harm to Plaintiff as referenced herein.

26   64. Defendants City of Federal Way is liable for the acts of Defendant CLARY, KIRKPATRICK,

27   FADLER and MAIRS.

28

29

30   **COMPLAINT FOR DAMAGES**                            - 12 -                      Alton McDonald
                                                                                     P.O. Box 9005
                                                                                     Tacoma, WA  98409
31

## XI. FOURTH CAUSE OF ACTION
### STATE OF COMMON LAW TORT OF ASSAULT AND BATTERY
(Against Defendant Clary)

Plaintiff realleges the above paragraph 1 through 64 with the same force and effect and incorporates the same as though fully set forth herein.

65. Defendant CLARY committed assault on Plaintiff when she used unlawful force against Plaintiff in an attempt to inflict bodily injury on me during my arrest.

66. Defendant CLARY further committed assault on Plaintiff when she placed Plaintiff in fear of harm by her actions during contact with her and during the arrest and placement into her patrol car.

67. Defendant CLARY committed battery on Plaintiff when she intentionally had harmful contact with me during my arrest and placement into and removal from her patrol car.

68. As a proximate cause of Defendant CLARY assault and battery on Plaintiff; Plaintiff suffered emotional and psychological harm and damages in amount to be proven at time of trial.

## XII. FOURTH CAUSE OF ACTION
### STATE OF COMMON LAW TORT OF FALSE ARREST AND IMPROSONMENT
(Against Defendant Clary)

Plaintiff realleges the above paragraph 1 through 68 with the same force and effect and incorporates the same as though fully set forth herein.

69. Defendant CLARY intentionally, unlawfully and without justification restrained Plaintiff's personal liberty during her arrest of me on January 29, 2005.

70. As a result, Defendant CLARY falsely arrested and imprisoned Plaintiff.

71. As a proximate cause of Defendant's false arrest and imprisonment of Plaintiff, I suffered emotional and psychological harm and damages in amount to proven at time of trial.

## XIII. FOURTH CAUSE OF ACTION
### STATE OF COMMON LAW TORT OF NEGLIGENCE INFLICTION OF EMOTIONAL DISTRESS
(Against All Defendants)

Plaintiff realleges the above paragraph 1 through 71 with the same force and effect and incorporates the same as though fully set forth herein.

COMPLAINT FOR DAMAGES                    - 13 -                    Alton McDonald
                                                                   P.O. Box 9005
                                                                   Tacoma, WA  98409

72. Defendants had a duty to refrain from infliction of emotional distress on Plaintiff.

73. Defendants breached that duty on January 29, 2005, by their actions in falsely arresting and imprisoning Plaintiff and by the use of excessive and unreasonable force.

74. As a proximate cause of Defendants' infliction of emotional distress on Plaintiff, I suffered mental and emotional injury and damages in an amount to be proven at time of trial.

## XIV. FOURTH CAUSE OF ACTION
### STATE OF COMMON LAW TORT OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (Against All Defendants)

Plaintiff realleges the above paragraph 1 through 74 with the same force and effect and incorporates the same as though fully set forth herein.

75. During the contact with Plaintiff on January 29, 2005, Defendants' conduct was extreme and outrageous.

76. Defendants' conduct with Plaintiff on January 29, 2005, intentionally and recklessly caused the infliction of severe emotional distress on Plaintiff.

77. As a result of Defendants' conduct and their intentional and reckless infliction of severe emotional distress on plaintiff, I suffered mental and emotional injury and damage in an amount to be proven at time of trial.

## XV. INJURY AND DAMAGES

78. Defendants' actions and those of their agents and employees caused injuries to plaintiff including but not limited to physical pain and severe emotional distress, all of which foreseeably flowed from the above-referenced acts of Defendants.

79. Defendants' actions and those of their agents and employees were malicious, oppressive, intimidating threatening and racially charged offensive racial language which was with reckless disregard and callous indifference to Plaintiff rights to be free from unreasonable seizure and other violations of his Constitutional rights and federal law. Therefore, Plaintiff is entitled to punitive damages in amount to be proven at time of trial.

COMPLAINT FOR DAMAGES                          - 14 -                          Alton McDonald
                                                                                P.O. Box 9005
                                                                                Tacoma, WA  98409

1    80. For the reasons stated herein, Plaintiff alleges he is entitled to compensatory, punitive and other

2        damages in an amount to determine at the time of trial.

3                                    **XVI. INJURY AND DAMAGES**

4    WHEREFORE, Plaintiff pray that judgment be entered in his favor for the following:

5        1.  General damages for emotional distress and psychological damage in an amount to be

6            proven at time of trial.

7        2.  Actual damages including loss of property and belongings.

8

9        3.  Punitive damages in amount to be proven at time of trial.

10       4.  For whatever further additional relief the court shall deem to be just and equitable.

11                                   **XVII. JURY DEMAND**

12       Plaintiff hereby demands a trial by jury of his peers.

13

14   DATED: March 14, 2007.

15                                    By: _____

16                                        Alton McDonald, Plaintiff, Pro Se
                                          P.O. Box 9005
17                                        Tacoma, WA 98409
                                          Phone: (253) 255-2619
18

19

20

21

22

23

24

25

26

27

28

29

30   **COMPLAINT FOR DAMAGES**                    - 15 -                    Alton McDonald
                                                                            P.O. Box 9005
31                                                                          Tacoma, WA 98409

1

2
**CERTIFICATE OF SERVICE**

3

4
1.  I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING Plaintiff's Original Complaint will

5
be served on Defendants by Personal Service or via United States Mail with Postage paid at the

6
address listed below, on this the 14th day of March 2007.

7
KRYSTAL KELSEY, Deputy City Clerk
City of Federal Way

8
P.O. Box 9718
Federal Way, WA 98063-9718

9
Phone: (253) 835-7000

10
ANNE E. KIRKPATRICK, Chief of Police

11
Spokane Police Department
1100 West Mallon

12
Spokane, WA 99260-0001
Phone: (509) 625-4050

13
EDWARD O. FADLER, Lieutenant Supervisor

14
FEDERAL WAY POLICE DEPARTMENT
P.O. Box 9718

15
Federal Way, WA 98063-9718
Phone: (253) 835-6700

16

17
BRIGIT L. CLARY
FEDERAL WAY POLICE DEPARTMENT

18
P.O. Box 9718
Federal Way, WA 98063-9718

19
Phone: (253) 835-6700

20
MANUELL C. MAIRS
FEDERAL WAY POLICE DEPARTMENT

21
P.O. Box 9718

22
Federal Way, WA 98063-9718
Phone: (253) 835-6700

23

24
DATED at Tacoma, Washington this 14th day of March, 2007.

25

26
By: _____
Alton McDonald, Plaintiff, Pro Se

27
P.O. Box 9005
Tacoma, WA 98409

28
Phone: (253) 255-2619

29

30
**COMPLAINT FOR DAMAGES**                    - 16 -                    Alton McDonald
P.O. Box 9005

31
Tacoma, WA 98409



**CITY OF**
# Federal Way

CITY HALL
33325 8th Avenue South
Mailing Address:  PO Box 9718
Federal Way, WA  98063-9718
(253) 835-7000
www.cityoffederalway.com

(253) 835-2562

January 2, 2007

Alton McDonald
7423 S. Pine Street
Tacoma, WA 98409

Re:     Claim for Damages #: 06-01-091-500
        Date of Incident: January 29, 2005
        Description: Racial Profiling, Discrimination, and Unlawful Arrest

Dear Mr. McDonald:

The purpose of this letter is to respond to the claim for damages that you filed with the City of Federal Way on December 11, 2006.

After investigating the circumstances and reviewing the documentation surrounding the incident that occurred on January 29, 2005, the City has determined that it has no liability and therefore, must deny your claim.

Sincerely,

Heather Dunnachie
Legal Assistant / Risk

Hvd

cc:     Andy Hwang, Deputy Chief
        Patricia Richardson, City Attorney

K:\RISK\Claims\2006\McDonald Denial

 **CITY OF Federal Way**     **CLAIM FOR DAMAGES**

Note: Please read entire claim form before filing in. Federal Way Ordinance No. 91-88 specifies the requirements claimant must follow in making a claim against the City.

Name of Claimant (or business name): *McDonald     Afton     LLoyd.*
Last     First     Middle

Claimant Resides at: *7423  S. Pine Street.*
*Tacoma,     WA     98409*

Phone:   Day *253-255-2619*     Evening *253-255-2619.*

Claimant(s) said injuries and/or damage occurred on the *29* day of *January* 20*05*
At approximately *5:25* o'clock am/pm.

Describe in detail how damages or injuries occurred. Give full details, including what defect, act or omission allegedly caused the damages or injuries and list all witnesses.
*Officer Brigit Clary #105 racially profile and unlawfully arrested me. which cause me emotional distress, humiliation. and succumb to racial discrimination. Lt. Ed Fadler #23 cause further emotional distress and humiliation*
*witness : Natasha Gordon.*

Where did damages or injuries occur? Describe fully, naming streets and indicating place of accident; i.e., north, south, east or west. *HighWay 18 East*

What damages or injuries do you claim resulted? Indicate full extent of injuries or damages claimed. Give the dollar value you claim as a result of each item of injury or damage. Attach repair estimate(s) or medical report(s), if available.
*Emotional distress, trauma, humiliation, racial profiling and racial discrimination in direct violation of my civil rights. seek Damages in the amount of $750,000.00.*

List expenses paid and to whom paid (attach additional pages, if necessary)

| Name | Item | To Whom Paid | AMOUNT |
|------|------|-------------|--------|
| *NW Towing* | | | *$206.27* |
| *Fife Municipal Jail* | | | *$100.00* |
| | *$750,000.00* | | *$750,000.* |
| | Total amount of damages claimed: | TOTAL | *$750,406.27* |

Signed at *Tacoma* this *11* day of *December* , 20 *06*

I hereby declare that the foregoing statements and information are true and correct to the best of my knowledge and belief.

_____
Signature

SUBSCRIBE AND SWORN to before me this _____ day of *December* , 20 *06*

*Notary Public*
*State of Washington*
*Debra L. Freudiger*
*My Appointment Expires Aug 22. 2009*

_____
Notary Public in and for the
State of *WA* residing at *Tacoma*
My commission expires: *Aug 22, 2009*

Please file with: City Clerk, City of Federal Way, 33325 8ᵗʰ Ave South, PO Box 9718, Federal Way, WA 98063-9718