UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALTON MCDONALD,

    Plaintiff,

v.

ANNE E. KIRKPATRICK, *et al.*,

    Defendants.

Case No.  C07-396RSL

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND COMPLAINT

This matter comes before the Court on "Plaintiff's Motion to Amend Complaint" (Dkt. #15).  Plaintiff filed his original complaint on March 14, 2007, claiming that defendants used excessive force when they arrested him on January 29, 2005.  Plaintiff's original complaint alleged multiple causes of action under both federal and state law.  Plaintiff's amended complaint relies on similar material facts, but confines the claims to five violations of 42 U.S.C. 1983.  Defendant does not oppose the amendment.  See Dkt. #16.  Accordingly, "Plaintiff's Motion to Amend Complaint" (Dkt. #15) is GRANTED.  The "First Amended Complaint for Damages" attached to plaintiff's motion (Dkt. #15) is now the operative pleading in this matter.

DATED this 25th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND COMPLAINT